FILED
2009 Sep-14 PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| HEATHER CLOWDUS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 09-J-1136-S |
| BENNETT & DeLONEY, P.C., | ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs having filed motion to dismiss (doc. 5), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED, and this action is DISMISSED WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of September 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE